**No. 42770.**—Protests 948301–G, etc., of American Express Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of paper film pack parts the same as those the subject of *American Express Co.* v. *United States* (2 Cust. Ct. 159, C. D. 114). The claim at 20 percent under paragraph 1551 was therefore sustained.

**No. 42771.**—Protests 797242–G, etc., of F. W. Woolworth Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42772.**—Petition 5739–R of J. L. Brandeis & Sons (Omaha).

Opinion by DALLINGER, J. It appeared that in entering similar blankets a deduction for inland freight had been allowed by the appraiser, which deduction was not allowed in this case. On the record presented it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE THIRD DIVISION, DECEMBER 5, 1939

**No. 42773.**—Protests 843099–G, etc., of Arnhold & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42774.**—Protests 845993–G, etc., of L. A. Salomon & Bro. et al. (Philadelphia, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1939

**No. 42775.**—Protest 764342–G of J. Kinderman & Sons (Philadelphia).

Opinion by DALLINGER, J. In the absence of proof that the safety pins in question are not in chief value of copper the protest was overruled.

**No. 42776.**—Protest 6421–K of Barry Importing Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Borgfeldt* v. *United States* (T. D. 48585) the wooden forks in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.